UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANOGNA DEVABHAKTUNI, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 3:19-CV-02217-X-BN |
| v. | § § | |
| DAVID C. GODBEY, et al, | § § | |
| *Defendants*. | § § § | |

# **ORDER**

The Court considers the report of the United States Magistrate Judge in this action, which was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

In her complaint [Doc. No. 3], the plaintiff Manogna Devabhaktuni names Judge David C. Godbey and appears to name all other judges in the United States courts system. Devabhaktumi requests monetary relief from Judge Godbey. On September 17, 2019, the Magistrate Judge entered proposed findings of fact and recommendations [Doc. No. 4] that the Court should dismiss this case with prejudice because Devabhaktuni's claims against Judge Gobey and all other judges are barred by absolute judicial immunity under 28 U.S.C. § 1915(e)(2)(B).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Court hereby

**DISMISSES** this case with **PREJUDICE**.

**IT IS SO ORDERED** this 21st day of October 2019.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE